JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHSEN MABUDIAN, M.D., an individual and DONNA CODY, an individual<br><br>Plaintiffs,<br><br>v.<br><br>BEAVER MEDICAL GROUP, P.C., EPIC MANAGEMENT SERVICES, LLC, EPIIC MANAGEMENT, INC., JOHN GOODMAN, and DOES 1 through 10,<br><br>Defendants. | Case No. 5:22-cv-00883-JFW-SPx<br><br>[Removal from San Bernadino Superior Court Case No. CIVSB2133187]<br><br>**ORDER RE: STIPULATION TO REMAND TO STATE COURT**<br><br>Complaint served:  April 26, 2022<br>Removal Date:  May 26, 2022<br><br>Scheduling Conference:  July 11, 2022<br>Trial Date:  Not set |

## ORDER

The Stipulation of defendants Beaver Medical Group, P.C., EPIC Management Services, LLC, EPIIC Management, Inc., and John Goodman and plaintiffs Mohsen Mabudian, M.D. and Donna Cody for Remand to the Superior Court of the State of California, County of San Bernadino has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is GRANTED for the reasons set forth therein. This matter is hereby remanded to the Superior Court of the State of California, County of San Bernadino as Case No. CIVSB2133187, and the Defendants' First Requests are deemed moot.

DATED: June 17, 2022

HONORABLE JOHN F. WALTER
DISTRICT JUDGE

ORDER